**Order entered October 12, 2016**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-16-00961-CV

### IN THE INTEREST OF P.H., A MINOR CHILD

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 15-633-X**

## ORDER

We **GRANT** court reporter Pamela K. Sumler's extension request and **ORDER** the reporter's record in this "child protection case" be filed no later than October 17, 2016. We caution Ms. Sumler that failure to comply may result in an order she not sit until the record is filed. *See* TEX. R. APP. P. 28.4(b).

We note the clerk's record reflects the trial court allowed Mother's trial counsel, Ramiro Garcia, to withdraw and appointed Frankie Adler as appellate counsel for Mother. Accordingly, we **DIRECT** the Clerk of the Court to remove Mr. Garcia as Mother's counsel and substitute Mr. Adler in his place. We further **DIRECT** the Clerk to send a copy of this order to the Honorable Cheryl C. Lee Shannon, Presiding Judge of the 305th Judicial District Court; Ms. Sumler; and, the parties.

/s/     CRAIG STODDART
        JUSTICE